JAMES J. MCMAHON, Respondent, *v.* JEROME B. MALTBY,
Appellant.

*McMahon* v. *Maltby,* 162 App. Div. 932, affirmed.
(Argued May 10, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered April 13, 1914, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the maintenance by defendant of a nuisance in permitting an iron gate to stand open so as to obstruct the sidewalk in front of his premises. Plaintiff while passing along the street, in order to avoid the gate, turned, and when about opposite the gate, slipped and fell, and in endeavoring to save himself threw up his hand and caught it upon one of the iron spear-shaped pickets of the gate. His hand struck heavily upon the picket and was impaled there, but with his weight and struggling he tore his hand loose, and badly lacerated. and injured it.

*Warren J. Cheney* and *Frank H. Hausner*, for appellant.

*Monroe Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.